CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 1 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DONOHUE,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIS L. DIGGS, ET AL.,<br><br>    Defendants. | Case No. 7:11CV00090<br><br>**FINAL ORDER**<br><br>By: Glen E. Conrad<br>Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, based on the court's finding that plaintiff's claims under 42 U.S.C. § 1983 are legally frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and that supplemental jurisdiction over any state law claims is declined, pursuant to 28 U.S.C. § 1367(c); plaintiff's request to proceed in forma pauperis in filing this action (Dkt. No. 2) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

The clerk will send a copy of this final order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 1st day of March, 2011.

_____
Chief United States District Judge